Robert E. Barton, OSB 814637
Email: rbarton@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:  (503) 323-9000
Facsimile:   (503) 323-9019

Attorneys for Defendants First Transit and Firstgroup.

UNITED STATES DISTRICT COURT

DISTICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LISA MCADAMS,<br><br>        Plaintiff,<br>   v.<br><br>FIRST TRANSIT, INC. and FIRSTGROUP AMERICA, INC.,<br><br>        Defendants. | Case No.<br><br>**NOTICE OF REMOVAL**<br><br>**(Demand for Jury Trial)** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendants First Transit, Inc. and FirstGroup America, Inc., hereby remove to this court the state court action described below:

1) On June 22, 2016, an action was filed in the Circuit Court of the State of Oregon for the County of Washington, entitled *Lisa McAdams v. First Transit, Inc. and FirstGroup America, Inc.*, Case No. 16CV19705.  A copy of the complaint is attached hereto as Exhibit A.

Page 1 -  **NOTICE OF REMOVAL**

2631781

2) Removal is timely in that First Transit was served with plaintiff's complaint on June, 23, 2016. A copy of the affidavit of service on First Transit is attached as Exhibit B.

3) This action is a civil action over which this court has original jurisdiction pursuant to 28 U.S.C. § 1332, and that may be removed to this court by FirstGroup and First Transit pursuant to the provisions of 28 USC § 1446(b).

   a. At all relevant times, plaintiff, Lisa Adams was a resident of Oregon.
   b. At all relevant times, FirstGroup was a Delaware Corporation with its principal place of business in Ohio.
   c. At all relevant times, First Transit was a Delaware Corporation with its principal place of business in Ohio.
   d. First Transit and FirstGroup both consent to removal.
   e. Plaintiff seeks $99,557.47 in damages.

DATED this 21st day of July, 2016.

COSGRAVE VERGEER KESTER LLP

*s/ Robert E. Barton*

Robert E. Barton, OSB No. 814637
Telephone: 503-323-9000
Fax: (503) 323-9019
Of Attorneys for Defendants

Trial Attorney: Robert E. Barton

Page 2 - **NOTICE OF REMOVAL**

2631781

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **NOTICE OF REMOVAL** on the date indicated below by:

☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☐ email,

☐ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the document(s) generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Susan M. Muzik
Attorney at Law
888 SW Fifth Ave., Ste. 650
Portland, OR 97204
    Of Attorneys for Plaintiff

DATED: July 21, 2016

                              *s/ Robert E. Barton*
                              Robert E. Barton

Page 1 – **CERTIFICATE OF SERVICE**

2631781

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019